**Order entered October 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01378-CV

### IN RE INNOVATION FIRST, INC., INNOVATION FIRST INTERNATIONAL, INC., DAVID A. NORMAN AND ROBERT MIMLITCH, III, Relators

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05475-D**

## ORDER

The Court has before it relators' petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses by October 18, 2013.


/s/  DAVID EVANS
   JUSTICE